# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL STEVEN KING, <br><br> Petitioner, <br><br> v. <br><br> ROBERT NEUSCHMID, Warden <br><br> Respondent. | No. CV 19-09720-DSF (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered summarily dismissing the Petition with prejudice as untimely.

DATED: March 25, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE