# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL STEVEN KING, | No. CV 19-09720-DSF (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| ROBERT NEUSCHMID, Warden | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is summarily dismissed with prejudice.

DATED: March 25, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE